Matthew D. Tokarz, Esq.
CA Bar No. 225024
MILES, BAUER, BERGSTROM & WINTERS, LLP
1665 Scenic Avenue, Suite 200
Costa Mesa, CA 92626
(714) 481-9100 / FAX (714) 481-9144
File No. 09-04255

Attorneys for Secured Creditor
BAC HOME LOANS SERVICING, LP

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| In Re,<br>RAYMOND CLIFFORD YECK, JR. AND<br>KATHLEEN ANN YECK,<br><br>Debtor(s). | BK No.: 09-43736 LT<br><br>Chapter 13<br><br>**REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, BAC HOME LOANS SERVICING, LP, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

    Matthew D. Tokarz, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
    1665 Scenic Avenue, Suite 200
    Costa Mesa, CA 92626
    PH (714) 481-9100

Dated: 5/22/09                       MILES, BAUER, BERGSTROM & WINTERS, LLP

                                                By:   /s/ Matthew D. Tokarz
                                                        Matthew D. Tokarz, Esq.
                                                        Attorney for Secured Creditor

(09-04255/ndrfsn.dot/prl)

1