```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 09-43736 RE |
| **RAYMOND CLIFFORD YECK, JR. and KATHLEEN ANN YECK,** | Chapter 13 |
| Debtors. | **CORRECTED CERTIFICATE OF SERVICE** |
| _____/ | |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On May 30, 2014 I served the within;

**Request to Enter Judgment Voiding Lien of HSBC Bank USA, N.A., as Trustee for the registered holders of Nomora Asset Acceptance Corporation Alternative Loan Trust, Series 2007-S1 as successor in interest to TLP Funding as Serviced by Ocwen Loan Servicing and its successors in interest; Notice of Request to Enter Judgment Voiding Lien of HSBC Bank USA, N.A., as Trustee for the registered holders of Nomora Asset Acceptance Corporation Alternative Loan Trust, Series 2007-S1 as successor in interest to TLP Funding as Serviced by Ocwen Loan Servicing and its successors in interest and Opportunity to Request a Hearing**

on the below-named in this action by placing a true copy thereof in a sealed envelope with certified mail postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

Attn: Officer
HSBC Bank USA, NA
1800 Tysons Blvd.
Mc Lean, VA 22102

Page 1 of 3

Case: 09-43736   Doc# 66   Filed: 05/30/14   Entered: 05/30/14 12:06:26   Page 1 of 3

```
 1  Attn: Officer
    HSBC Bank USA, NA
 2  95 Washington Street
    1 South
 3  Buffalo, NY 14203

 4  Attn: Officer
    HSBC Bank USA, NA
 5  C/o CT Corporation System
    818 West Seventh St. 2nd Fl
 6  Los Angeles, CA 90017

 7
    and on the below-named in this action by placing a true copy thereof
 8  in a sealed envelope with first-class postage thereon fully paid in
    the United States Mail at Oakland, CA addressed as follows:
 9
    Attn: Officer or Managing Agent
10  Ocwen Loan Servicing, LLC
    1661 Worthington Rd., Ste 100
11  West Palm Beach, FL 33409

12  Attn: Officer or Managing Agent
    Ocwen Loan Servicing, LLC
13  C/o CSC - Lawyers Incorporating Service
    2730 Gateway Oaks Dr.
14  Suite 100
    Sacramento, CA 95833
15
    Attn: Bankruptcy Department
16  Ocwen
    12650 Ingenuity Dr.
17  Orlando, FL 32826

18  Attn: Les Zieve, Esq.
    Ocwen Loan Servicing, LLC
19  C/o Law Offices of Les Zieve
    18377 Beach Blvd., Suite 210
20  Huntington Beach, CA 92648

21  Attn: Matthew D. Tokarz, Esq. Attorney Bar No. 225024
    BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP
22  C/o Miles, Bauer, Bergstrom & Winters, LLP
    1665 Scenic Avenue, Suite 200
23  Costa Mesa, CA 92626

24  Attn: Ramesh Singh
    GE Money Bank
25  C/o Recovery Management Systems Corp.
    25 SE 2nd Avenue, Suite 1120
26  Miami, FL 33131-1605
```

```
 1  Attn: Steven Kane
    B-Line, LLC
 2  P.O. Box 91121
    Dept. 550
 3  Seattle, WA 98111-9221

 4
    BAC Home Loans Servicing
 5  C/o Miles, Bauer, Bergstrom & Winters LLP
    1231 E. Dyer Road, Suite 100
 6  Santa Ana, CA 92705

 7
         I declare under penalty of perjury under the laws of the State of
 8  California that the foregoing is true and correct.

 9  Dated: May 30, 2014                    /s/   Anne Y. Shiau
                                                 ANNE Y. SHIAU
10
```