| | |
|---|---|
| 1 | **RCO LEGAL, P.S.**<br>Jonathan J. Damen, Esq., #251869 |
| 2 | Kristi M. Wells, Esq., #276865<br>Kristin S. Webb, Esq., #258476 |
| 3 | Nancy L. Lee, Esq., #272035<br>Rosemary Hong, Esq., #265322 |
| 4 | Erica T. Loftis, Esq., #259286 |
| 5 | 1241 E. Dyer Road, Suite 250<br>Santa Ana, CA 92705 |
| 6 | 714-277-4937/ Fax: 714.277.4899<br>Email jdamen@rcolegal.com |
| 7 | RCO# 202020 |
| 8 | Attorney for Creditor<br>BANK OF AMERICA, N.A. |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| In Re:<br>Raymond Clifford Yeck, Jr.<br>Kathleen Ann Yeck<br><br>Debtors. | No. 09-43736-RLE<br><br>Chapter 13<br><br>REQUEST FOR SPECIAL NOTICE |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, BANK OF AMERICA, N.A. requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Chapter 13 Plan and Schedules and any amended Chapter 13 Plan and Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

Jonathan J. Damen
RCO Legal, P.S.
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
PH 714-277-4937
Email: bknotice@rcolegal.com

Dated: May 29, 2014

RCO Legal, P.S.
By: _____
Attorneys for Creditor

## PROOF OF SERVICE

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**

Raymond Clifford Yeck, Jr.
4981 Ridgeview Drive
Antioch, CA 94531

Kathleen Ann Yeck
4981 Ridgeview Drive
Antioch, CA 94531

**ELECTRONIC SERVICE:**

Martha G. Bronitsky
13trustee@oak13.com

US Trustee (OAK)
USTPRegion17.OA.ECF@usdoj.gov

Patrick L Forte
pat@patforte.com

Service was made on June 2, 2014 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: [signature]